IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROYCE BROWN, Inmate #03724-015,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )     CIVIL NO. 06-518-JPG |
| | ) |
| **BUREAU OF PRISONS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **JUDGMENT**

On Plaintiff's motion, **IT IS ORDERED** that this action is voluntarily dismissed without prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

<u>July 27, 2006</u>　　　　　　　　　　By:　<u>s/ J. Phil Gilbert</u>
*Date*　　　　　　　　　　　　　　　　　　*District Judge*